UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK HOLADAY, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>KEYBANK N.A., a national banking association,<br><br>    Defendant.<br><br>KEYBANK N.A., a national banking association,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>JASON HOLADAY, an individual<br><br>    Third-Party Defendant. | No. 2:19-cv-01199<br><br>STIPULATED MOTION TO CONTINUE FRCP 26 CONFERENCE AND RELATED DATES |

## **STIPULATION AND MOTION**

Plaintiff Mark Holaday and defendant KeyBank N.A. ask the Court for an order granting a short extension of the deadlines for the FRCP 26(f) conference, initial disclosures, and combined join status report. The parties request this extension to allow time for KeyBannk to

STIPULATED MOTION TO CONTINUE FRCP 26
CONFERENCE AND RELATED DATES - 1
No. 2:19-cv-01199

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

serve third-party defendant Jason Holaday with its third-party complaint so he may participate in the FRCP 26(f) conference.

Currently, the deadline for the FRCP 26(f) conference is September 6, the deadline for initial disclosures is September 13, and the deadline for the combined joint status report is September 20, 2019. The parties ask the Court to moves these deadlines to October 25, November 1 and November 8, 2019, respectively.

DATED this 3rd day of September, 2019.

**MILLER NASH GRAHAM & DUNN LLP**

By: s/ Kellen A. Hade
Steven A. Miller, WSBA No. 30388
Kellen A. Hade, WSBA No. 44535
Katie Loberstein, WSBA No. 51091
Pier 70, 2801 Alaskan Way, Ste 300
Seattle, WA 98121-1128
Tel: (206) 624-8300
Fax: (206) 340-9599
Email: steve.miller@millernash.com
Email: kellen.hade@millernash.com
Email: katie.loberstein@millernash.com

*Attorneys for KeyBank N.A.*

**LAW OFFICES OF SETAREH MAHMOODI PS**

By: s/ Setareh Mahmoodi
Setareh Mahmoodi, WSBA No. 44288
18222 104th Ave NE, Suite 103
Bothell, WA 98011
Tel: 425-806-1500
Fax: 425-489-4142
Email: SM@LawOfficesofSM.com

*Attorneys for Mark Holaday*

STIPULATED MOTION TO CONTINUE FRCP 26 CONFERENCE AND RELATED DATES - 2
No. 2:19-cv-01199

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

# **ORDER**

THIS MATTER COMES before the Court on the parties' Stipulated Motion to Continue FRCP 26 Conference and Related Dates. The Court being fully advised, IT IS HEREBY ORDERED:

The parties' Stipulated Motion to Continue FRCP 26 Conference and Related Dates is Granted. The deadline for the FRCP 26(f) conference shall be moved to October 25, 2019, the deadline for initial disclosures shall be moved to November 1, 2019, and the deadline for the combined joint status report shall be moved to November 8, 2019.

DATED this 4 day of September 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO CONTINUE FRCP 26
CONFERENCE AND RELATED DATES - 3
No. 2:19-cv-01199

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121