The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| MARK HOLADAY, an individual, | No. 2:19-cv-01199 |
| --- | --- |
| Plaintiff, | |
| vs. | ORDER GRANTING THIRD-PARTY PLAINTIFF KEYBANK'S MOTION FOR LEAVE TO SERVE BY PUBLICATION |
| KEYBANK N.A., a national banking association, | |
| Defendant. | |
| KEYBANK N.A., a national banking association, | |
| Third-Party Plaintiff, | |
| vs. | |
| JASON HOLADAY, an individual, | |
| Third-Party Defendant. | |

The matter comes before the Court on Third-Party Plaintiff KeyBank's motion for leave for service by publication. Having thoroughly considered the motion and supporting declarations of Tom Bice and Carolyn Mount, the Court hereby GRANTS the motion.

Washington law allows service by publication when a defendant, who is a resident of Washington, conceals himself within the state to avoid service of summons. RCW 4.28.100(2). The Court finds that Third-Party Plaintiff KeyBank made reasonably diligent efforts to locate Third-Party Defendant Jason Holaday and that service by publication is appropriate. KeyBank's

ORDER GRANTING THIRD-PARTY PLAINTIFF
KEYBANK'S MOTION FOR LEAVE TO SERVE BY
PUBLICATION - 1
No. 2:19-cv-01199

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WA 98121

motion and accompanying declarations support the inference that Jason Holaday acted with intent to conceal himself.

THEREFORE, it is hereby ORDERED that the summons in this matter may be served on Jason Holaday by publication in conformity with RCW 4.28.110 and through messaging on Jason Holaday's LinkedIn account.

DATED this 21 day of January 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

MILLER NASH GRAHAM & DUNN

*s/Carolyn A. Mount*
Steven A. Miller, WSBA No. 30388
Kellen A. Hade, WSBA No. 44535
Carolyn A. Mount, WSBA No. 55527
Pier 70, 2801 Alaskan Way, Suite 300
Seattle, WA 98121-1128
Tel: (206) 624-8300
Fax: (206) 340-9599
Email: *steve.miller@millernash.com*
*kellen.hade@millernash.com*
*carolyn.mount@millernash.com*

*Attorneys for KeyBank N.A.*

ORDER GRANTING THIRD-PARTY PLAINTIFF KEYBANK'S MOTION FOR LEAVE TO SERVE BY PUBLICATION - 2
No. 2:19-cv-01199

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WA 98121