The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARK HOLADAY, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>KEYBANK N.A., a national banking association,<br><br>　　　　　　Defendant.<br><br>KEYBANK N.A., a national banking association,<br><br>　　　　　　Third-Party Plaintiff,<br><br>　vs.<br><br>JASON HOLADAY, an individual,<br><br>　　　　　　Third-Party Defendant. | No. 2:19-cv-01199RSM<br><br>ORDER ON STIPULATED MOTION TO EXTEND TRIAL DATE AND ASSOCIATED CASE DEADLINES<br><br>Note for Motion Calendar:<br>November 17, 2020 |

　　　The matter comes before the Court on Plaintiff Mark Holaday and Defendant and Third-Party Plaintiff KeyBank, N.A.'s stipulated motion to extend the trial date and all associated case deadlines, pursuant to FRCP 7(b), LCR 10(g), and LCR 7(d)(1).  The parties request an order extending the trial date and all associated case deadlines by 90 days beyond those set out in the Civil Case Schedule Order entered by the Court on May 8, 2020. Dkt. No. 23.  Third-Party Defendant Jason Holaday has not answered or otherwise appeared in this action.

ORDER GRANTING STIPULATED MOTION FOR AN
ORDER EXTENDING TRIAL DATE AND ASSOCIATED
DEADLINES - 1
No. 2:19-cv-01199

LAW OFFICES OF SETAREH MAHMOODI, PS
18222 104TH AVE NE, SUITE 103
BOTHELL, WA 98011
T: 425.806.1500 | F: 425.489.4142

The parties propose that the jury trial and case deadlines be extended as detailed below:

| Deadline | Current Date | Proposed Date |
| --- | --- | --- |
| Jury trial date (5 day trial) | May 10, 2021 | August 16, 2021 |
| Disclosure of expert testimony under FRCP 26(a)(2) | November 16, 2020 | February 16, 2021 |
| Deadline for filing motions related to discovery | December 15, 2020 | March 15, 2021 |
| Discovery completed | January 15, 2021 | April 15, 2021 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter | February 15, 2021 | May 17, 2021 |
| Mediation per LCR 39.1(c)(3), if requested by the parties, held no later than | February 17, 2021 | May 17, 2021 |
| All motions in limine must be filed by and noted on the motion calendar no later than the third Friday thereafter | April 15, 2021 | July 15, 2021 |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | May 4, 2021 | August 4, 2021 |

The Court finds that good cause exists to extend the case deadlines because the COVID-19 crisis and government-directed social distancing measures have made discovery impracticable for the parties.

THEREFORE, it is hereby ORDERED that the trial date and case schedule will be extended 90 days as agreed by the parties.

DATED this 20th day of November, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION FOR AN ORDER EXTENDING TRIAL DATE AND ASSOCIATED DEADLINES - 2
No. 2:19-cv-01199

LAW OFFICES OF SETAREH MAHMOODI, PS
18222 104TH AVE NE, SUITE 103
BOTHELL, WA 98011
T: 425.806.1500 | F: 425.489.4142

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | Presented by: |
|   | LAW OFFICES OF SETAREH MAHMOODI PS |
| 5 | |
| 6 | *By: /s/ Setareh Mahmoodi* |
|   | Setareh Mahmoodi, WSBA No. 44288 |
| 7 | 18222 104th Ave NE, Suite 103 |
|   | Bothell, WA 98011 |
| 8 | Tel: (425) 806-1500 |
|   | Fax: (425)489-4142 |
| 9 | Email: SM@LawOfficesofSM.com |
| 10 | Attorneys for Plaintiff Mark Holaday |

ORDER GRANTING STIPULATED MOTION FOR AN ORDER EXTENDING TRIAL DATE AND ASSOCIATED DEADLINES - 3
No. 2:19-cv-01199

LAW OFFICES OF SETAREH MAHMOODI, PS
18222 104TH AVE NE, SUITE 103
BOTHELL, WA 98011
T: 425.806.1500 | F: 425.489.4142