UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK HOLADAY, an individual,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>KEYBANK N.A., a national banking association,<br><br>　　　　　　Defendant. | No. 2:19-cv-01199RSM<br><br>ORDER ON STIPULATED MOTION TO EXTEND TRIAL DATE AND ASSOCIATED CASE DEADLINES |
| KEYBANK N.A., a national banking association,<br><br>　　　　　　Third-Party Plaintiff,<br>　　vs.<br><br>JASON HOLADAY, an individual,<br><br>　　　　　　Third-Party Defendant. | |

　　　The matter comes before the Court on Plaintiff Mark Holaday and Defendant and Third-Party Plaintiff KeyBank, N.A.'s stipulated motion to extend the trial date and all associated case deadlines, pursuant to FRCP 7(b), LCR 10(g), and LCR 7(d)(1).  The parties request an order extending the trial date and all associated case deadlines by 120 days beyond those set out in the Civil Case Schedule Order entered by the Court on November 20, 2020. Dkt. No. 26.  Third-Party Defendant Jason Holaday has not answered or otherwise appeared in this action.

ORDER GRANTING STIPULATED MOTION FOR AN
ORDER EXTENDING TRIAL DATE AND ASSOCIATED
DEADLINES - 1
No. 2:19-cv-01199

The parties propose that the jury trial and case deadlines be extended as detailed below:

| Deadline | Current Date | Proposed Date |
| --- | --- | --- |
| Jury trial date (5-day trial) | August 16, 2021 | December 16, 2021 |
| Disclosure of expert testimony under FRCP 26(a)(2) | February 16, 2021 | June 16, 2021 |
| Deadline for filing motions related to discovery | March 15, 2021 | July 15, 2021 |
| Discovery completed | April 15, 2021 | August 16, 2021 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter | May 17, 2021 | September 17, 2021 |
| Mediation per LCR 39.1(c)(3), if requested by the parties, held no later than | May 17, 2021 | September 17, 2021 |
| All motions in limine must be filed by and noted on the motion calendar no later than the third Friday thereafter | July 15, 2021 | November 15, 2021 |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | August 4, 2021 | December 6, 2021 |

The Court finds that good cause exists to extend the case deadlines because of the reasons listed in the parties' stipulated Motion.

THEREFORE, it is hereby ORDERED that the trial date and case schedule will be extended 120 days as agreed by the parties. Trial will be set for **Monday, December 20, 2021.** All other deadlines are set as stated above.

DATED this 18th day of February, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE