The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARK HOLADAY, an individual,<br><br>        Plaintiff,<br><br>  vs.<br><br>KEYBANK N.A., a national banking association,<br><br>        Defendant.<br><br>KEYBANK N.A., a national banking association,<br><br>        Third-Party Plaintiff,<br><br>  vs.<br><br>JASON HOLADAY, an individual,<br><br>        Third-Party Defendant. | No. 2:19-cv-01199<br><br>ORDER ON STIPULATED MOTION TO EXTEND DISCLOSURE OF EXPERT TESTIMONY DEADLINE<br><br>Note for Motion Calendar:<br>June 14, 2021 |

    The matter comes before the Court on Plaintiff Mark Holaday and Defendant and Third-Party Plaintiff KeyBank, N.A.'s stipulated motion to extend the deadline for Disclosure of Expert Testimony, pursuant to FRCP 7(b), LCR 10(g), and LCR 7(d)(1). The parties request an order extending the deadline for Disclosure of Expert Testimony to July 26, 2021. Third-Party Defendant Jason Holaday has not answered or otherwise appeared in this action.

ORDER GRANTING STIPULATED MOTION FOR AN ORDER EXTENDING DISCLOSURE OF EXPERT TESTIMONY DEADLINE - 1
No. 2:19-cv-01199

LAW OFFICES OF SETAREH MAHMOODI, PS
18222 104TH AVE NE, SUITE 103
BOTHELL, WA 98011
T: 425.806.1500 | F: 425.489.4142

1  The parties propose that the Disclosure of Expert Testimony deadline be extended as detailed
2  below:

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | June 16, 2021 | July 26, 2021 |

The Court finds that good cause exists to extend the case deadlines because of the reasons listed in the parties' stipulated motion. All other case deadlines shall remain the same as set out in the Civil Case Schedule Order entered by the Court on February 18, 2021, Dkt. No. 30.

THEREFORE, it is hereby ORDERED that the deadline for Disclosure of Expert Testimony is extended to July 26, 2021.

DATED this 16th day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

LAW OFFICES OF SETAREH MAHMOODI PS

By: /s/ Setareh Mahmoodi
Setareh Mahmoodi, WSBA No. 44288
18222 104th Ave NE, Suite 103
Bothell, WA 98011
Tel: (425) 806-1500
Fax: (425)489-4142
Email: SM@LawOfficesofSM.com

Attorneys for Plaintiff Mark Holaday

ORDER GRANTING STIPULATED MOTION FOR AN ORDER EXTENDING DISCLOSURE OF EXPERT TESTIMONY DEADLINE - 2
No. 2:19-cv-01199

LAW OFFICES OF Setareh Mahmoodi, PS
18222 104th Ave NE, Suite 103
Bothell, WA 98011
T: 425.806.1500 | F: 425.489.4142