UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK HOLADAY, an individual,

        Plaintiff,

   v.

KEYBANK N.A., a national banking association,

        Defendant.

KEYBANK N.A., a national banking association,

        Third-Party Plaintiff,

   v.

JASON HOLADAY, an individual,

        Third-Party Defendant.

CASE NO. C19-1199RSM

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER

This matter comes before the Court on the parties' Stipulated Protective Order. Dkt. #34.

The Court finds that the proposed Protective Order does not conform to the requirement that its "protection from public disclosure and use extends only to the limited information or items that are entitled to confidential treatment under the applicable legal principles" as stated by Local Rule 26(c)(2). Under the section entitled Confidential Material, the Court's model protective order instructs: "[t]he parties must include a list of specific documents such as

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER – 1

'company's customer list' or 'plaintiff's medical records;' do not list broad categories of documents such as 'sensitive business material.'" The parties have not followed these instructions and instead list the following: "consumer and financial information, personally identifiable information, bank policies and procedures, and sensitive business or competitive information." Dkt. #34 at 2.

Although some specific categories of documents are described, the Court finds that the parties have impermissibly left the door open to labeling a wide variety of documents as confidential. The parties submit no argument to justify this departure from the model protective order's guidelines. Given all of the above, the Motion will be denied.

Having reviewed the briefing, along with the remainder of the record, the Court hereby finds and ORDERS that the parties' Stipulated Protective Order, Dkt. #34, is DENIED.

DATED this 9th day of July, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER – 2