Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK HOLADAY,<br><br>            Plaintiff,<br><br>v.<br><br>KEYBANK N.A.,<br><br>           Defendant. | Case No. 19-cv-01199-RSM<br><br>STIPULATED MOTION TO AMEND DISCOVERY MOTIONS DEADLINE<br><br>Noted for Hearing: 7/13/21 (w/o oral argument) |

Plaintiff Mark Holaday and defendant KeyBank NA are cooperating and anticipate wrapping up discovery without asking the Court to get involved. But the discovery motions deadline is currently scheduled for July 15, 2021, and there is still a bit more work to do. The parties request an extension of that deadline until August 12, 2021.

The Court may modify a deadline in its pretrial order for good cause. FRCP 16(b)(4); *see also Nikfard v. State Farm Fire & Cas. Co.*, 2020 WL 6491368, at *1 (W.D. Wash. Oct. 6, 2020). An extension of the discovery motions deadline prevents either party from filing an unnecessary motion merely to preserve its rights while they continue to cooperate. And because all other pretrial deadlines and trial dates would remain the same, resolution of this case will not be further delayed. For those reasons, good cause exists for the extension.

STIPULATED MOTION TO AMEND DISCOVERY
MOTIONS DEADLINE - 1
(Case No. 19-cv-01199-RSM)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD. | |
| 2 | DATED: July 13, 2021 | *s/ Setareh Mahmoodi* |
| 3 | | Setareh Mahmoodi, WSBA No. 44288<br>Attorney for Plaintiff |
| 4 | DATED: July 13, 2021 | *s/Kellen A. Hade* |
| 5 | | Kellen A. Hade, WSBA No. 44535<br>Attorney for Defendant |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July 15, 2021

[signature]

Ricardo S. Martinez
Chief United States District Court Judge

4853-1308-0561.1

STIPULATED MOTION TO AMEND DISCOVERY
MOTIONS DEADLINE - 2
(Case No. 19-cv-01199-RSM)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121